# EXHIBIT "A"

| No. 1 | Watson Music Group, LLC dba Quadrasound Music |
|---|---|
| **Registration No.:** PA 844-835 | **Registration Date:** May 1, 1997 |

| **Title of Work:** "370437, "Space Jam"" |
|---|

| **Link to Alleged Infringement:**<br>1. https://www.instagram.com/p/CDOiXHvjE4p/ |
|---|

| **Screenshot** |
|---|

