IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Case No. 1:26-cv-03981-AT

WATSON MUSIC GROUP, LLC.
d/b/a QUADRASOUND MUSIC,

     Plaintiff,

v.

KENDAMA USA, LLC,

     Defendant.

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Watson Music Group, LLC. d/b/a Quadrasound Music ("Plaintiff") hereby provides the following information:

1.    **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**  There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2.    **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

  A. Watson Music Group, LLC. d/b/a Quadrasound Music

B.  Kendama USA, LLC

C.  Copycat Legal PLLC

D.  Daniel DeSouza, Esq.

Dated: July 17, 2026.                  COPYCAT LEGAL PLLC
                                       3111 N. University Drive
                                       Suite 301
                                       Coral Springs, FL 33065
                                       Telephone: (877) 437-6228
                                       dan@copycatlegal.com


                                       By: /s/ Daniel DeSouza
                                            Daniel DeSouza, Esq.


## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


                                       /s/ Daniel DeSouza
                                       Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228